# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

United States Courts
Southern District of Texas
FILED

SEP 26 2023

Nathan Ochsner, Clerk of Court

Case No. _____
(to be filled in by the Clerk's Office)

**Chad William Cash**

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Galveston County Sheriff Office**
**Galveston County Jail / Medical Clinic**

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: GALVESTON COUNTY JAIL MEDICAL CLINIC
- All other names by which you have been known: Chad William CASH
- ID Number: 315926
- Current Institution: GALVESTON COUNTY JAIL
- Address: 5700 AVE H E-305
  GALVESTON, TX 77551
  City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: GALVESTON COUNTY JAIL / MEDICAL CLINIC
- Job or Title (if known): DENIST MEDICAL CLINIC
- Shield Number:
- Employer: GALVESTON COUNTY
- Address: 5700 AVE H
  GALVESTON, TEXAS 77551
  City / State / Zip Code
- [ ] Individual capacity  [x] Official capacity

**Defendant No. 2**
- Name: CHARLES
- Job or Title (if known): NURSE
- Shield Number:
- Employer: GALVESTON COUNTY
- Address: 5700 AVE H
  GALVESTON, TEXAS 77551
  City / State / Zip Code
- [x] Individual capacity  [ ] Official capacity

Defendant No. 3
Name: GALVESTON COUNTY JAIL
Job or Title (if known):
Shield Number:
Employer: GALVESTON COUNTY
Address: 5700 AVE H
GALVESTON TEXAS 77551
City / State / Zip Code

☐ Individual capacity ☒ Official capacity

Defendant No. 4
Name: John D. Kinard
Job or Title (if known): DISTRICT CLERK GALVESTON COUNTY
Shield Number:
Employer: GALVESTON COUNTY
Address: 600 59th STREET SUITE 4001 P.O BOX 17250
GALVESTON TX 77551
City / State / Zip Code

☒ Individual capacity ☐ Official capacity

## III. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th Amendment
8th Amendment / 4th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1) High Bond of $100,000 that I can not reach or obtain
2) None of my motions are going in. I put pro-se and so motion but there not going in
3) Dentist went to pull my tooth ~~too~~ tried extract the wrong tooth and left it in there with the one he was suppose to pull
4) Medical refuses to give me my records / 5) ~~It was checkedbag~~ I was locked up in Galveston county Jail refused to give us water during freeze

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (explain)

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A: If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Galveston County Jail E3 pod / HPOK Medical Clinic

C. What date and approximate time did the events giving rise to your claim(s) occur?

3/15/21 Big Freeze
7/1/2023 High Bond
6/15/2019 tryed to Extract wrong tooth

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

John D. Kinard refuse to put in motions I filed

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Black my Eyes busted my lips and swoll my face

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

GALVESTON COUNTY JAIL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes
☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[V] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance: YES

1. Where did you file the grievance?

GALVESTON COUNTY JAIL INMATE GRIEVANCE

2. What did you claim in your grievance?

HIGH BOND / IMPROPER MEDICAL PROCEDURE

3. What was the result, if any?

NOTHING

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes
    ☑ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/26/2023

Signature of Plaintiff
Printed Name of Plaintiff: Chrid Cash
Prison Identification #: 315926
Prison Address: 570 AVE H
Galveston, TX 77551

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City  State  Zip Code

Telephone Number
E-mail Address

# IV. STATEMENT OF CLAIM

1) High Bond that I can't obtain

2) I been putting motions since I been locked up at Galveston County Jail none of my motion are going in I been sending them to court 122 and to District Clerk Galveston County and to my Lawyer James De Cote but none of them went thru.

3) Medical refuses to give me my records

4) Dentist went to pull my tooth and tried to extract the wrong tooth. He left the bad tooth and the good tooth he tried to extract. He black my eye and swoll my face and busted my lip bad. They won't give me date or Records

5) I was locked up in Galveston County Jail on Feb 2021 during freeze I was refused water hygine, bathroom and locked up in a cell with shit and piss everywhere



Chad CASH #315926
5700 AVE. H.
GALVESTON, TEXAS 77551

Galveston County Jail

Inmate Mail

Nathan Ochsner
Clerk of Court
601 Rosenberg St., Rm 411
GALVESTON, TX 77550

United States Courts
Southern District of Texas
FILED
SEP 26 2023
Nathan Ochsner, Clerk of Court