Case 3:23-cv-00325   Document 5   Filed on 09/28/23 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

No. 3:23-325

CHAD WILLIAM CASH, GCJ #315926, PLAINTIFF,

v.

GALVESTON COUNTY JAIL MEDICAL CLINIC, *ET AL.*, DEFENDANTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE:*

Chad William Cash is incarcerated in the Galveston County Jail. He filed a complaint under 42 U.S.C. § 1983 alleging violations of his civil rights, along with an application for leave to proceed *in forma pauperis* and a trust-fund statement. The application for leave to proceed *in forma pauperis* bears Civil Action No. 3:23-251. However, the Clerk opened a new civil action.

In Case No. 3:23-251, Cash brings claims against the Galveston County Jail and Galveston County Sheriff's Office regarding the amount of his bond. On August 15, 2023, the Clerk issued a notice of deficient pleading instructing Cash that, within 30 days, he was required either to pay the $402 filing fee or submit an application for leave to proceed *in forma pauperis* and a trust-fund statement.

On September 26, 2023, Cash submitted three documents that were docketed in this civil action. First, he submitted a form complaint against the Galveston County Jail Medical Clinic, Nurse Charles, the Galveston County Jail, and Galveston District Clerk John D. Kinard. The complaint brings claims regarding the amount of Cash's bond, his dental care at the jail, his medical records, and other jail conditions. Dkt. 1. Cash also submitted a motion for leave to proceed *in forma pauperis* labeled for Civil Action No. 3:23-251 and a trust fund statement. Dkt. 2; Dkt. 3.

Because one document docketed in Civil Action No. 3:23-325 is labeled by Cash for Civil Action No. 3:23-251, and because the complaint docketed in Civil Action No. 3:23-325 includes the sole claim raised in Civil Action No. 3:23-251, it appears that Cash intended to file an amended complaint and a motion for leave to proceed *in forma pauperis* in Civil Action No. 23-251.

The court concludes that the case at bar was improvidently filed and must be **DISMISSED**. This dismissal is without prejudice to consideration of Cash's claims in Civil Action No. 3:23-251.

The Clerk is **INSTRUCTED** to docket the complaint in this action in Civil Action No. 3:23-251 and to label the entry "Amended Complaint."

The Clerk is further instructed to docket the motion to proceed *in forma pauperis* and the prisoner trust-fund account statement in this action in Civil Action No. 3:23-251.

All pending motions in this action, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this  28th  day of  September        , 2023.

                                            JEFFREY VINCENT BROWN
                                      UNITED STATES DISTRICT JUDGE